CLEAR FORM

### UNITED STATES DISTRICT AND BANKRUPTCY COURTS
### FOR THE DISTRICT OF COLUMBIA

Shaun Rushing
PLAINTIFF

1313 NewYork Ave NW
Address (No Post Office Boxes)

Washington, DC. 20005
City          State      Zip Code

VS.

//Supervisor//

Mcdonald's & Employee Yenny P.
DEFENDANT

New York Ave. NW
Address (No Post Office Boxes)

Washington, DC. 20005
City          State      Zip Code

Case: 1:23-cv-00229 JURY DEMAND
Assigned To : Unassigned
Assign. Date : 1/26/2023
Description: Pro Se Gen. Civ. (F-DECK)

CIVIL ACTION NO. _____

Jury Trial: [X] Yes  [ ] No

### COMPLAINT

Yenny P. refused Shaun Rushing service Shaun Rushing order a small coffee Said He wanted 5 sugars 3 creamers Yenny P. wanted it mixed in the machine instant Shaun Rushing his regular so he could put the packets in and mix the cream and sugar in him self She refused Shaun Rushing insisted She refused and denied Shaun Rushing Service, on, or about 22nd or 23 9:30am 11:50. Since Shaun Rushing's vistation a that Mcdonald's Shaun Rushing has been showed disrespect & discrimination

The lawsuit Against Yenny P. 100 million dollars The Against Mcdonald's 1 billion dollars

RECEIVED

JAN 26 2023

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

Original Signature (in pen)
Shaun Rushing
Name (if applicable, Prisoner ID No.)
1313 New York Ave. NW
Address or Facility Address
Washington, DC. 20005
City          State      Zip Code

New: 06/21/2022